# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2014

**By fax (212-805-4060)**

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**  **United States v. Samuel Waldman**
> **14 Mj. 432 (UA)**

**DOC # _10_**

Dear Judge Freeman:

As counsel to Samuel Waldman, I write with the consent of the government and Pretrial Services to respectfully request that the Court modify his bail conditions to permit him to obtain a BlackBerry telephone with software that prohibits access to the internet but permits the receiving of emails only.

Mr. Waldman was presented in the Southern District of New York on March 5, 2014, on a complaint charging him with one count of possession and distribution of child pornography. He was released with a set of bail conditions including, as relevant here, that he shall not possess any device with access to the internet.

Mr. Waldman needs access to work-related emails as part of his work as a real estate broker. The requested modification would permit him to obtain a BlackBerry telephone with software that would allow him to receive emails only, but would not allow broad access to the internet.

So ORDERED
5/13/14
*[signature] Debra Freeman*

Honorable Debra Freeman                              May 13, 2014
Southern District of New York

Re:    <u>United States v. Samuel Waldman</u>
       14 Mj. 432 (UA)

       Thank you for your attention to this matter.

                                        Sincerely,


                                        /s/ Jonathan Marvinny
                                        Jonathan Marvinny
                                        Assistant Federal Defender
                                        (212) 417-8792
                                        jonathan_marvinny@fd.org


cc:    Patrick Egan, Esq.
       Jason Lerman, Pretrial Services

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

## FAX COVER SHEET

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN
INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS
CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF
THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE
NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO
DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED
INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR,
PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT
BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY
ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| **FAX TO:** | Honorable Debra Freeman |
| **FAX NUMBER:** | 212-805-4060 |
| **DATE SENT:** | May 13, 2014 |
| **SENDER:** | Jonathan Marvinny, Esq. |
| **NO. OF PAGES:** | 3 (including this cover sheet) |
| **COMMENTS:** | |

If problems with this transmission occur, please call (212) 417-8700

**Fax No: (212) 571-0392**