never easy for him he always did whatever he was possibly able to make an honest living.

For many years he would wake up early in the morning to drive close to 45 minutes each way to his teaching job in Queens. In the summer when we were in summer camp where my father had a teaching job I was friends with many of the students that he taught during the year and you were able to see how much his students looked up to him and enjoyed him as their teacher. He also ran a telecommunications business on the side as well as an afternoon teaching job on top of everything else. More recently he stopped the phone business and he got involved in the mortgage business where he had a very good name. It was never easy but he always did and continues to do whatever he possibly can in order to allow our family to live a comfortable life. Whether it was residential mortgages or commercial mortgages, teaching or real estate he does whatever he can with honesty and integrity and anyone who deals with him knows that he's a real "mentsch" and he's pleasant to deal with. I remember once being in the car with him and he was talking on the phone with a potential customer who was going to use him as his mortgage broker. During the conversation the client mentioned that he had started dealing with a different broker who he was happy with but he was considering using my father as he knew he could use the money. My father politely but firmly refused. He said "my livelihood comes from above and God takes care of me, I won't take away someone else's business".

Even when times are tough financially he's is a very giving person I've seen needy people coming over to him by community events asking for help with their own issues and he always gives them nicely even though he's going to his own rough times. I can go on and on with more such stories. Just to show you his sensitivity to other people, a few months ago my father spent a few days in the hospital and when I came to visit him I smelled terrible smell coming from his roommates side of the curtain. My first reaction was oh my gosh it smells terrible! But as much as the smell bothered him as well and he had requested that the hospital staff changes his room, he put his finger on his lips and told me shhh... it's not nice, he might hear you and feel bad. In general my father never talks bad about any other person and he will never just sit around and speak gossip about others. Never. He's a person that spent all of his years working to perfect himself and live the most meaningful life that he possibly can.

My father is a very quiet person on the outside but behind the scenes he's done a ton for others without making a big deal about it in public. A local guy in the community told me a few months ago that his father who's quite an elderly fellow told him that on one hot humid day he had to go on a few errands. He happened to meet my father somewhere and my father spent all afternoon driving the him around as if he had nothing better to do with his life. Now my father didn't go around telling anyone what he did, the only way I heard about it is from the guy's son.

My father spent over 10 years writing a book proving the truths of Judaism which he felt very strongly would help people appreciate their heritage and beliefs and ultimately live their lives as better people. I have saved up piles of mail and email correspondences between him and the publishing company that shows how much his only intention is to do good for others as much as he can. Besides for the fact that the sole purpose of his book was to help people that want to be inspired he never did it to make any money and dedicated this project entirely as a contribution to his fellow brothers in need. Any money that he made on it went directly to pay for more books that he gave out to institutions and organizations to distribute free of charge. He has also given countless lectures on the topics free of charge as well. I remember when it came the time that the book was finally ready to be published and he had found another important point that he very much wanted to have added to the book. He was begging the publisher, he said you never know, this point may be the one that will help one individual out there and it's all worth it just for that! This book came out about 12 years ago and it has done wonders to help and guide people in the community and this is something that I hear from people all the time- you don't know what a special person your father is, he has great merits!

As religious Jews prayer and blessings are a very important part of our lives but obviously it becomes habitual and most people say it without much thought. My father doesn't take anything he does for granted and doesn't do things without a purpose. When he makes a blessing before and after he eats his food you can see that he thinks about every word that he is saying slowly and carefully. He takes his prayer unbelievably serious as well. Anybody that knows him can tell you that he prays with deep concentration. What I'm trying to point out with this is that he takes his life very seriously and doesn't just waste his time and do things without a purpose and he takes Jewish law seriously and does only what he feels is the right thing. He's always done his best to perfect himself and to do the best that he can and anybody who knows him can attest to that. It was always his utmost wish to live a life of honesty and to be a good citizen and to go out of his way to be an upstanding individual never looking to break the law in any way. The charges against him are something that seem to be way out of character for my father as I know him so well. By reading this letter I hope you can get a much clearer idea of who you are dealing with and what he's really about.

Sincerely,

Dovid Waldman

To Whom It May Concern,

My name is Chani Waldman, Mr. Samuel Waldman's daughter. I'm a 19 year old, attending a teacher's training seminary in Boro Park.

I believe that while being the youngest member of Mr. Waldman's children that is penning a letter, I speak not only for myself, but for my younger siblings as well.

I'd like to tell you a bit about my father. First and foremost, my father is an extremely loving, caring, and giving parent. He is very involved in our everyday lives and takes an interest in where each one of us is holding. He and my mother constantly discuss the progress and successes of each child and how to motivate and encourage us to continue being the best we can be. In addition, we know my father to be a very considerate and generous individual; whenever we are involved in a family celebration and we hope that all members of even extended family participate, I've often heard my father say that he doesn't want to inconvenience people and it's fine with him if some people don't come if it's too difficult. In addition, my father's generosity

constantly amazes me. For example, although with such a large family money can be tight at times, my father gladly gives us hard earned money when we ask for it.

Furthermore, my father also enjoys opening our home and he welcomes friends and neighbors to frequent our home. Recently, two friends of mine needed a place to stay for a week, and they came and felt comfortable at our home. Our neighbors, too, constantly come and go. Even after my father was accused, I see no difference in the way others relate to us, as they still see my father as the honest and righteous person he is.

This brings me to some very important qualities which my father posesses which I'd like to mention. My father is an ultra orthodox Jew, who is meticulous in his religious observance. His first priority - and ours too, as my father imbues in us, is to do G-d's will. Every weekend, my father reads a few religious topics at the table which often leads to a further discussion. This helps us strive to act exactly as we are supposed to according to Jewish law. Additionally, three

times a day my father stops what he is doing and goes to a synagogue to pray. He prays with utmost devotion and concentration. If, at any time, my parents are unsure what to do in a given situation, they'd ask a Rabbi, whom my father is close to. This is so they can get guidance to make the right decision. Furthemore, my father would willingly give up any honor or amount of money rather than do something against G-d's will.

Furthermore, my father works hard to provide for our family, in an extremely honest manner. In general, integrity is one of my father's trademarks, which he of course instilled in us as well. In fact, just the other week I overheard my father saying on the phone, Is that accurate? He wanted to confirm that any business transaction he deals with is honest and based on the truth.

In addition to all this, my father was a successful teacher for many years. His goal was to constantly help his students gain a greater appreciation for G-d and His Torah (Bible). He developed a close relationship

with many of his students, as I've seen and heard about over the years.

My father constantly heightens his students' and childrens' awareness of G-d by speaking passionately about the wonders of nature. Recently, a friend of mine who was my father's student told me how amazed she was at how my father can talk about the wonders of a "simple" orange for a full lesson while keeping the class interested. After that class, she went home and repeated the lesson to her father since she enjoyed it so much.

Furthermore, my father wrote a book which is well known and saught after. The book's entitled "Beyond a Reasonable Doubt". Its purpose is to explain the truths of Judaism to the reader. This book was a major hit and it caused many people to alter their lives drastically. As a result of reading the book, so many people changed for the better and strengthened their religious observance and faith in G-d.

In addition to all this, my father wakes up early to pray and then to learn Talmud

with a study partner, daily. He learns with my siblings or by himself at night and during his spare time.

Last but not least, I feel I must mention the way my father is careful to show respect toward others. Every so often we have guests who join us for a weekend meal which we have as a family. Many a time these guests live alone or don't have a set place to eat the meal. My father welcomes them in and tries to give them a boost. More than once I heard my father say, never did I make fun of anyone who was a little odd or slow etc. Additionally, my father stays away from talking negatively about others and he constantly tries to find the good in others.

All in all, we feel privileged to have such a father who guides us to make the right choices in our lives, leads us along the right path and who gives us so much to emulate.

Sincerely,
Chani Waldman.

**Family Eckstein**
580 East 8th St.
Brooklyn, NY 11218
(718) 972 2188

To whom it may concern:

Let me introduce my neighbor, Rabbi Samuel Waldman with the following somewhat wild statement...there are only 35 others in the world like him.

Please let me explain:

His beautiful home represents goodness, kindness and happiness. His large family is blessed with children of all ages and my children often play together in his home. My wife and I love to send them over. On their family outings my children are often invited to go as well. We all know in our family – 'just go to the Waldman's' - need to borrow anything just go over to the Waldman's. They always let people borrow their tools, shovels, car tire pump, or anything else they own. In fact, as a matter of routine, every weekend at 10:00pm on Saturday evening, I personally borrow his 12 passenger van to take a group of students to an extra-curricular lecture. This may seem like a little bother, but I know what's involved, its major deal. You see we live in Brooklyn, NY on a busy block. Every week someone from his family is busy moving around cars in order to allow the van to get out and later back in the driveway. Also, they fill up the gas for us (he won't let me pay him). When possible, he will always change his family's schedule in order to try to accommodate us – he missed just twice in the whole year since he had gone away for that weekend.

My thoughts are now swinging to the direction of Rabbi Waldman's amazing book, (Beyond a Reasonable Doubt: Convincing Evidence to the Truths of Judaism, Feldheim Publishers 2002) which he wrote not for the money but for the altruistic goal of spiritually helping out his fellow Jews with his book. I know this since I know for a fact that THOUSANDS of the book he allowed to be sold with the agreement that he does not need to get any royalties from Feldheim publishers on those sales, in order that the book gets distributed as inexpensively as possible. He himself personally gave out over 2000 books for free. The book brings to earth for every thinking person an amazing awareness of the wonders of the creations of our Creator amongst other important lessons of Judaism, such as the fallacy of the Theory of (Macro) Evolution. When my son, Shaya Dov passed away at the young age of 19 years, I had many visitors come to my home. This was some 5 years ago. My son was a boy who tutored Russian children in reading Hebrew, and also to prepare them for their bar mitzvah. He would always use Rabbi Waldman's book as a guide for these children and my son told me of the successes he had because of it. Rabbi Waldman was kind enough to give us many copies of the book at no charge in order to disseminate them to those that want to learn about the Creator and about Judaism. People came from far and near, from many different levels of religious beliefs to console us at that time, and for those that showed interest, I would give them a copy of the book as a merit for my child. I even had contact with a family from Costa Rica last year who loved the book and wanted to publish it in Costa Rica. Rabbi Waldman agreed to send the book in Spanish (It had been translated into Spanish at one point and Russian as well) at no charge even though they intended and were granted permission to print it and disseminate it in Costa Rica. Although the hope was that many would be sold, nevertheless he did not request any royalties.

So you want to know what I mean by only 35 others like him...

You see we have a Jewish tradition that there are 36 righteous people in the world at any given time, that because of their goodness, kindness and helpfulness to mankind they keep the world in existence...well in my family we feel that Rabbi Waldman is one of them.

Yours truly,

Itzy Eckstein
VP Consumer Sales
Xchange Telecom



Confidentiality Notice: The information contained in this e-mail message (including any attachments, if any) is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, this serves as notice to you that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please delete the original message and notify us immediately via e-mail or telephone. Thank you.