2006-10-14 16:31          >> 2125710392                                                      P2/3

4/9/14

To Whom It May Concern!

It has come to our attention that our good friend and neighbor Mr. Sam Waldman has been arrested for serious misdeeds.

It is our intent in this letter to describe to you the Mr. Waldman that we have known for the last 16 years.

The Waldmans are our next door neighbors. Their children are in our house on a daily basis playing with our kids and vice versa.

We have always been very comfortable and trusting leaving our children in their care countless times.

It has never crossed our minds to question Mr. Waldman's integrity in any way.

We have known Samuel as an extremely selfless and hard working family man. He works many different jobs, rising early, retiring late providing for his family while still finding the time to give each of his children individual attention.

Over the years he has taken his family on many trips, inviting our children along many times. He does this generously and graciously.

Whenever we need something we know we can turn to the Waldmans, they have never let us down.

Although they are a large family with meager means, they always seem content and happy. We have always known Mr. Waldman as a spiritual, sincere and genuine individual, leading an unmaterialistic lifestyle with his children, family and community as his main focus in life's mission.

Again we are shocked by the allegations and want to present to you the Mr. Waldman that we know.

We are Avrohom & Nechama Lesser. I, Avrohom, am the head programmer for the I.T. division of STuhrling Orig. Inc. My wife Nechama is a 2nd grade teacher in Beth Jacob of Boro Park for the past 12 years.

Thank you for your consideration in reviewing our perspective.

Please feel free to contact us if you have any questions.

Sincerely,

*[signatures]*
Nechama Lesser

April 3, 2014

Shaindy Appelbaum

Brooklyn, NY 11230

To Whom It May Concern,

I am the editorial director of Chofetz Chaim Heritage Foundation, an organization dedicated to promoting personal growth, integrity and to spreading the Torah's wisdom on human interaction, particularly with regards to proper speech and loving kindness. I am also a volunteer and mentor for Sister to Sister, an organization that assists divorced women raising children alone. My husband is an educator for over thirty years who volunteers his time weekly to run several youth groups and father-son learning programs in our neighborhood for which I do the writing and promotional material.

We have known Rabbi Samuel Waldman and his wonderful family for over twenty years, including ten years in which our families spent summers together at Camp Dora Golding in the Poconos. We had a chance to really get to know the family up close as we spent our days together—even sharing a table for meals in the camp dining room. Our bungalows were attached with only a paper-thin, un-insulated wall between us. Believe me; you really get to know people that way! Our families have remained close and we see each other often and keep in touch regularly as we live only a five-minute drive from each other.

I know Rabbi Waldman to be a dedicated father, devoted husband, scholar of note, engaging speaker, master educator and wonderful neighbor. I have seen first-hand how he interacts with his children and treats each one according to his needs with both wisdom and concern. As a camp neighbor and tablemate, I was always impressed with the warm interactions and understanding he showed each one of his children. It was always a pleasure to see his concern for his wife and the respect with which they treat each other. I have seen how hard-working he is and how hard he works to provide for his growing family. I am uplifted by the faith he exhibits and his unwavering commitment to his family and G-d.

The concept of caring for others is such a part of his life that at camp he made sure every family got a note that let them know what items the Waldmans had that could be borrowed at any time. Such items as cables to jump start a car, an electric lift to change a tire and an electric air pump for car and bikes and other items. I still remember how excited he was to show my husband a new special toolkit for removing tire bolts easily which he had purchased specifically before the summer so that he could share it with other families. It's one thing to lend a hand if someone asks you, or to agree to let someone use an item you own; it's in a completely

1

different league to send a note to twenty families and let them know what you have and how you can help them if they are ever in need. And Rabbi Waldman went further, actually going to help change the tire or jump-start a car—even with his busy schedule—whatever it takes to be there for others.

He is not only generous with his possessions; he is generous with his time and his knowledge. His outreach work is an outgrowth of this desire to help. We personally know people who were troubled and searching and Rabbi Waldman had the patience and wisdom to guide them. One particularly odd fellow whom we hosted on occasion and found to be a decidedly difficult guest, received a warm welcome at the Waldmans, and he is in touch with Rabbi Waldman for years.

At camp Rabbi Waldman was always given the hardest boys to teach—disenchanted teens who certainly did not want to learn and yet they came to hear what he had to say. I remember being surprised to see some boys whom I knew to have real issues, reading Rabbi Waldman's enlightening book "Beyond a Reasonable Doubt" and getting all excited about it. These were troubled teens that were wavering in their commitment to religion and unsuccessful in their daily lives. I personally saw him taking the time to hear their concerns and answer their questions—and they kept coming back for more.

Rabbi Waldman continues to inspire people through his books and through his lectures. When he gave a speech at my son's high school, Yeshivah Darchei Torah in Far Rockaway, the boys were enthralled. I know that they really connected with him, because my son kept calling to get more of Rabbi Waldman's books as more boys wanted to buy it. In an age when very few kids read anything longer than a text message, I found it amazing that the teens would be clamoring to purchase a book of this kind. As an editor, I see this as a real testament to the author.

Our family recently spent an evening at the Waldmans and it was a delight to enjoy a meal together. As always Mrs. Shaina Rochel Waldman prepared a sumptuous meal and Rabbi Waldman was a gracious host. The atmosphere was pleasant and the kids had a ball. Each of my children is a friend of one of the Waldman children and whenever they go there on their own I know they are safe and happy. I am truly blessed to be able to call the Waldmans our friends.

Sincerely,

Mrs. Shaindy Appelbaum

To Whom It May Concern:

My name is David March, I am a 34 year old male who is happily married and a father to seven children. I live at 1236 53rd St Brooklyn NY 11219 and have a career as an appliance repairman.

I first met Rabbi Samuel Waldman about 5 years ago, when my family and I went to Tel Yaffa, a Day Camp for the Jewish Community. At that time, Rabbi Waldman was the head counselor of the campgrounds. I admired how dedicated he was to his job role; how knowledgeable he was and how compassionate he was with those members of the community. It's safe to say that he was admired by both children and adults alike.

After leaving the Day Camp, Rabbi Waldman and I developed a very close relationship. I remember on one occasion, standing outside the window of our Synagogue after a prayer service; Rabbi Waldman would be so deep in his prayer that he wouldn't realize that the other members of the community had already left, he would always remain, standing alone immersed in his faith. He would share his knowledge and love of our faith by talking to people of all ages about the Judaism, the Torah, and other components of our faith. I would run into him during the evenings and would often see him with his family, taking care of his children. When I came to know him on a personal level, I admired his great character, love for people, and how pious he was. He was so devoted to his faith, that he wrote a book titled, "Beyond a Reasonable Doubt", which I of course read. It focused on how to tolerate/handle things in everyday life with faith in G-d. I enjoyed the book immensely and through his words, I found a great spiritual gain.

About three years ago, I met a young man named Mike. Mike was not a Religious man and he revealed to me that he was going through a rough time and was dealing with a lot of pain and suffering. His wife of 25 years wanted a divorce and he felt great despair, as if his whole world was falling apart. I called Rabbi Waldman to see if he could help in any way and without hesitation, he offered to give him a copy of his book so that I may pass it along to Mike. Mike was very thankful to Rabbi Waldman and even offered to pay for the book which helped him get through the rough time he was currently experiencing. Rabbi did not accept the money and even though he would never physically meet nor hear a thank you from Mike, he told me to tell Mike that his greatest payment was to have been able to alleviate his pain through his work.

Last year, I heard about a father of five children who got himself involved in negative activities on the internet and became badly influenced. After some time, he abandoned his wife and children to pursue in his lust. This individual lived in Canada but would always come to NY to spend the holidays. When I knew he was in town, I asked Rabbi Waldman to please step in, share his knowledge and persuade this individual to change his ways. Rabbi Waldman dropped everything and on the holiest day, came to Boro Park to meet with this troubled man. After rendering his services, he was offered $200.00 and he again refused any reimbursement for his services. He stated that solving the issue was to him the most precious thing in the world.

Based on these experiences that I've been witness to, I wish to comment that although I don't know what was found on Rabbi Waldman's hard drive, but I do know that in his chest is a heart of Gold- full of love, faith and devotion to all members of the community. He has always had the best intentions to better the society and each individual who needed some spiritual guidance.

As a father, I stand for the safety and well being of my family; especially my children and therefore it goes without saying that I appreciate your concern based on the charges being made. I admire the hard work and effort you put in everyday for the safety of all our citizens and you really deserve a big Thank you for your efforts. It is just my firm wish and hope that after you conduct your full investigation of Rabbi Waldman, and in the end I am convinced that you will see that he is an outstanding citizen, someone that "wouldn't hurt a fly" and certainly not a child, that you can please find it in your heart to please dismiss his case so that he can continue with his wonderful work.

Thank you for giving us a chance to have an input into his case. Thank G-d that we are here in America where we can do such things

Sincerely,

David March
718-414-5918

To whom it may concern

Good day, I would like to introduce myself, Zalman Green, 46yrs old. Married and have a family, 7 children ages 9 to 25. One married daughter with 2 beautiful children.

I am the owner of a mail order/online vitamin business. Located in Brooklyn NY.

Around 33 years ago is the first time I met Mr Samuel Waldman. It was in a dormitory/sleep away yeshiva. I was in the 9th grade and Samuel was in a higher grade. I was part of a small group of boys that studied together with Samuel for around 30 minutes a day. We studied from books of famous rabbis', about self improvement. At the time he also introduced me to Rabbi Avigdor Millers books and Thursday night lectures and tapes. Those lectures were a life changer for me.
I left the yeshiva after 1 year. But from then on I always looked up and admired Samuel as a role model for me to follow and emulate.

Many years later when our paths crossed again I jumped at the opportunity to reconnect with Samuel once again. We became daily study partners. Every morning for around the last 5 years I come to Samuel home and we study Talmud together for around 1 hour.

I come every morning just when the kids had just left to school or when running late are just leaving and I am in awe how happy and normal each child is. You can see from how well behaved they are that they have a very proper stable happy upbringing. I see them more when there is no school and I can say that they are your typical happy go lucky family.

Samuel has tremendous belief in god and his dedication to god is unparallel. You can see it in the way he prays every day. You can see his concentration on each word he is saying and what their meaning is. Every word pronounced slowly and clearly.

Many times he would tell me over something he taught to the seminary girls. He loves to teach and to give over his knowledge of the torah. He has a beautiful way of explaining very hard concepts so that they can be understood by younger and less learned people. His warmth shines through when he is talking to you.

Over the years I have learned a lot from Samuel and still do every day. He is a true roll model for me. He is a very warm person and a very caring person. Always available to help out when needed. He is a hard working and a very dedicated father.

My son this past summer had Samuel as his dorm counselor in camp Toras Chesed. He echoed so much of what I have said about Samuel. The boys had great respect for Samuel.
My son learned a lot just from how he interacted with everyone.

I have to mention his book "beyond a reasonable doubt" it's a must read. It again shows his dedications to the truth of the Talmud. If I remember correctly he wrote the book just to help people understand many points about the world that people think conflict with the torah. He spent months and months writing and I don't believe he gets one cent from any sales of the book.
I have the book at home and have given it as presents to others as well.

My admiration of Samuel has not diminished at all even after 30 years. When I looked up to him when I was young, to today at 46, I still look up to him and admire him. He is a true friend.

Sincerely

*Zalman Green*
Zalman Green

October 15, 2015

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse

To the Honorable Judge Laura Taylor Swain,

My name is Yosef Waldman, and I am a 24 years old, a son of Mr. (Rabbi) Waldman. I recently got married to Chaya Shifra, nee Meyers, who is currently employed as a senior bookkeeper for a large nursing home company. We are presently living in Lakewood, New Jersey. I am a full time student at Beth Medrash Gavoha, a college for advanced Talmudic study. I also devote some of my time in the evenings studying with teenagers and young adults who require help or individualized attention. This is an endeavor that my father has always been involved in, and he never charged anything for his time or efforts to this cause. In fact he always says that it's his honor and duty to help his community in the areas that he has expertise in.

I am the third to oldest of my father's 13 children, and I consider myself to be very close to him. I find myself constantly speaking to him on the phone, and each time he picks up the phone, he gives me the time and attention that is needed. He is someone that I know that I can always rely on at any time for solutions or advice. Not only does he always respectfully and patiently listen to my inquiries, but with his good common sense and his experience, he readily and patiently gives me sound guidance.

I would like to try to paint a very clear picture of who my father really is and what he represents. The home I grew up in was the most fun, warm, and loving place in the world. There was always a very calm, serene, and happy atmosphere. The respect my parents had for each other is admirable, and it left a deep impression on me. My parents have always provided us with everything we needed. As a child, I didn't even know of my parents' financial struggles, but as I grew older I comprehended how tirelessly my father worked to always make ends meet without it ever having to impact on his children's emotional well being.

I remember, as a kid, spending a lot of time with my father reviewing at night my Hebrew studies with him. To this day, I see how my father continues to give his precious time to my younger siblings with special devotion and care. They actually enjoy the opportunity of reviewing their school work with him.

While being the father of a large family, he is able to treat each child with individualized attention. Recently, I happen to have seen two of my younger siblings each separately asking my father a very similar question, and the answer he gave each of them was varied, based on each one's specific level of understanding. My father always showed interest in the things that were important to me, even if they were seemingly insignificant. I personally went through some ups and downs during my teenage years. My father stood by my side through it all, and even during some very difficult times. He always gave me special attention, devotion, and love to help me get through it all.

My father has throughout his life devoted his time and energy to glorifying the name of G-d, and avoiding doing anything that might profane it, Heaven forbid. I remember as a kid, we were once stuck in traffic, and many cars started driving on the shoulder to get to a nearby exit. So my siblings and I ignorantly asked my father if he can do

so as well, and my father replied that he will not do it and he explained to us that it would profane the name of G-d if we were seen doing such improper behavior. Many such similar situations have arisen over the years, with my father always avoiding anything that may lead to a fight or a misunderstanding that may come to profane the name of G-d. I cannot begin to tell Your Honor the amount of pain (besides the embarrassment) that my father has endured because of the profaning of G-d's Name as a result of this arrest and guilty plea. It bothers him to no end.

To give Your Honor an example of how much it matters to my father the glorification of G-d's Name, my father worked for many years to publish a book. The book is called *Beyond a Reasonable Doubt: Convincing Evidence to the Truths of Judaism*, put out by Feldheim Publishers. Its title explains the book well. It's close to 300 pages. The book is famous (it was also translated into Spanish and Russian) and it is a standard in many Jewish homes and schools. (At least it was until the arrest.) I personally have come across many people, who have come over to me praising the book, and have told me how it has been instrumental in their religious growth. In fact, one individual told me that it was on his night table for numerous years and he would read a little of it every night. In addition, a person from non-religious background approached me, and informed me that a brother-in-law of his introduced him to this book, and he said that it was this main book that made him religious. I have personally given out over a hundred books to people whom I felt could use the information in the book, and my father would never ask me to ask for any money for the book. He said that the book wasn't written to make money. (He makes money off the sales in the stores, as does any Author, but that was never his objective.) He himself has given out a huge amount of books for free. He has given free books to many Youth organizations, and personally over the years, (the book is out since 2002) he has sent many copies to many Schools to put in their libraries, and dormitories. The book is also found on the bookshelves and book lists of many Jewish Organizations, and it really has transformed the lives of many people.

My father was a teacher in Queens for 11 years, and since then, I have met many of his students, and many of them I have met years down the line and they always refer to him as their favorite teacher.

My father was once involved in a real estate business transaction, which he explained to me that if it goes through (which it didn't) it would have an <u>extremely</u> generous profit. He added that he would only use the money for the basic necessities, and not to buy extras or flamboyant, ostentatious items. A short while later, I repeated this conversation to my uncle, to which he responded, "Your father is a man of great stature."

My father is very meticulous in his service to G-d. He always puts a lot of concentration into his prayers and constantly strives for different ways to further perfect his character traits. I would like to relay an incident to bring this out. I recall that by my older sister's wedding, before the ceremony was about to begin, a group gathered to perform the evening prayers. Although he would soon be marrying off his first daughter and had many things that had to still be taken care of, he still prayed with same level of deep concentration that he always puts into his prayers.

In conclusion, although I am aware that my father has pleaded guilty to a Federal charge against him with regards to possession of child pornography, which is completely out of character for the person who I know him to be. Besides the actual colossal embarrassment that he continues to experience because of his arrest, (he now avoids many social events that he would have always attended in the past) he has been held back from partaking in many of the things that were the driving force of his life. Currently he is not allowed to teach anymore. My father loved teaching. He has spent a lifetime of learning accumulating the vast knowledge that he has to offer and currently he can't teach anymore. This pains him to no end.

Your Honor, please give great consideration to how vital it is that a person like my father should be home, where he belongs, for so many obvious reasons. Also, Your Honor, my father has suffered greatly and it is a suffering and embarrassment that he will be taking with him throughout the rest of his life, all the way to his grave.

Please keep all I that I have written in mind with regards to his sentencing.

Respectfully,

Yosef Waldman

To whom it may concern:

Our names are Moshe and Rivky Gutfreund and we are the son in law and daughter of Mr. Waldman.

I, Moshe (27) am a yeshiva student. I married into the Waldman family and have the greatest respect for and hold my father in law in the highest regard. I have known him for four years now and we see each other about twice to three times a month and in the holiday season we move in with him and his family and enjoy his company for longer.

I, Rivky am (24) and a business office manager in a freight logistics company in N.J.

When I first met him, my impressions were of a refined respectable god fearing person. Right away I came to realize how important his family is to him taking each of his children's concerns as him own and each ones education to heart – at one point I asked why he does not move out of N.y where the price of living is less but he would not hear of it. He replied what about all of my children who are well adjusted and happily enrolled in excellent educational facilities with great friends and teachers?

Growing up my siblings and I (Rivky) could always sense what a caring and loving father and person my father is – always taking care that we were happy and well cared for- We never lacked for anything emotionally or physically. Our home was always a happy healthy place to be and we always had nice clothing and delicious food to eat. My father always encouraged me to help out in the house and with the younger kids so that I would learn homemaking skills and responsibility which thanks to him I am utilizing until today.

Shabbos and holidays are always a time of joy and excitement in our home with my father at head leading and organizing the mal singing songs and saying over different interesting anecdotes. He also makes sure to go over with each child what they learned in school that week.

We can both see how involved he is in being an example and teaching his children good character and interpersonal skills. For example every Friday night he reads us stories about exceptional people and the deeds that they have done to help the young kids understand these concepts. He is also very meticulous about not speaking a bad word about another person. If someone were to start bad mouthing another person in a nice and tactful way he tries to change the conversation. He tries to help us be better and nicer people to each other in other areas of life as well.

Growing up and in the past few years we can see what a hard working person our father is. Besides for his day jobs he has always worked other jobs on the side in order to support our large family. The energy time and effort he puts in is to be admired and is something I aspire to emulate – his ability to work so hard so selflessly with the best of intentions and results.

Besides for his financial work my father has many different outreach and communal projects and activities with which he is involved. Firstly he spent many hours, week, and months, writing his own book about the greatness of creation and teaching people to recognize the awesomeness of G-d. He was once approached by a leader of an organization and asked if he would agree to distribute a large amount of his books free of profit for outreach purposes. He was more than happy to distribute a large