number of books as long as other people were benefiting learning and growing in a positive way from his work.

Our father always invites lonely people who have nowhere else to go for weekend meals to try to make them feel good and bring them closer to the community be it spiritually or physically with meals and a place to stay. He has told us in the past how he wishes was able to devote all of his time solely to giving community lectures and encouraging people emotionally and spiritually and helping them with any problems or doubts they may have.

On another note, every time we come with our children (his grandchildren) he is always so excited to see them and comments on how adorable and smart they have become and my children are excited to see him as well. I feel that growing up in the Waldman household and seeing what a role model and exemplary people my father (and my mother at his side) are- is helping us to be the best parents we can be for our own children today.

Taking into account of all of the above and the way we think of our father these charges seem to be way out of character for the terrific father, father in law and grandfather and community member Mr. Waldman is.

Hon. Laura Taylor Swain                                    Re: Samuel Waldman
United States District Judge
Southern District of New York
United States Courthouse

Dear Judge Swain:

My name is Fay Chesir. I am Samuel Waldman's mother. His father died in 1997 and I married Mr. Chesir in 2000.

I take great pride in all my children, four of them. All the siblings love and respect each other and are always there for each other to help.

From his young years he has always been a person with good sense and kindness, and has been helpful and thoughtful with respect for all. We once had an elderly lady staying with us for a while. One time the lady antagonized him mercilessly. I found Samuel crying in his room and asked "What happened." His reply, "I'm not allowed to be disrespectful to her." Sensitivity and respect -- that was Samuel.

He grew up, was a good student and had lots of friends. He graduated high school with a Regent's diploma. He is an exemplary son, husband, father and grandfather (13 children and 7 grandchildren. Bless them all.

As a son he calls me many times just to discuss and ask my opinion on what is going on in his life. As a mother I'm grateful that he includes me in his life and does not shut me out. He is always there for me whenever I need him and is happy to help me out; to take me to a doctor, the bank etc. Samuel will always give me a kiss on the cheek when I walk into his house or go out. He shows his children to honor and respect your mother. When we are invited to his house, he always shows respect to my husband and me, as he did to his father when he was alive.

Samuel has been in love with his wife from their 2nd date on. He will always consult with her on every matter. They make their decisions together. He is very devoted and caring. Samuel and his wife have a beautiful, loving relationship. At the dinner table he will tell a child, "That's mommy's seat, you can't sit there, come sit on my other side." The children see by example how a husband should treat his wife with love and respect. In spite of what has happened since his arrest he still has a tremendous closeness with his wife, since she knows his true essence. They are as close to each other as ever.

Samuel's kindness and thoughtfulness is legendary. On any given Sabbath or Holiday he has needy people partake of the Sabbath or Holiday meal. People gravitate then to his home to enjoy the religious atmosphere.

His children have developed into kind, loving, caring individuals because of the careful upbringing that both parents provide in all areas. Being both experienced educators,

Samuel and his wife are on top of any possible school issues, doing homework with them and taking care of their physical needs as well as spiritual needs, such as spending all the Sabbath meals and Holiday meals together, going to Synagogue to worship together etc.

I was in your courtroom when he pleaded guilty to having viewed child pornography. This was extremely out of character for him. I know upon discussion with Samuel that he is extremely repentant and remorseful for what he did and surely would never, ever do it again.

As Samuel's mother it is with a heavy heart, anguish and pain and with tears running down my face that I cry and beg of Your Honor, as only a mother can plead and beg, to please be lenient in your sentencing, so that he can continue to be there for his loving family. His remorse is sincere. He will never, ever do such a thing again.

Thank you very much.

Respectfully yours,

*Fay Chesir*

FAY CHESIR

04/08/2014 2:16 PM FAX  7163363106                    PaceHChesir                                    ⊠0002/0002

# PACE H. CHESIR
### CERTIFIED PUBLIC ACCOUNTANT
911 AVENUE N
BROOKLYN, NY 11230-5719

TEL 718 / 336-6312
FAX 718 / 336-3106

April 8, 2014

Re: Mr. Samuel Waldman

To Whom it May Concern:

I am a widower who, in January 2000, married Mr. Samuel Waldman's mother. During the fourteen years of our marriage we and Mr. and Mrs. Waldman have exchanged visits, attended social functions together and worshipped together. My wife and I have attended Sabbath and Festival meals at the Waldman home where we have had the opportunity to observe his interaction with his wife and children.

Mr. Waldman is a loving and supportive father who takes every opportunity to educate his children in the ways of our religion. It was clear to see at his dinner table that his children were learning from him how to respect a wife as well as the religious messages.

On many occasions, people who became aware of our relationship commented to me about their respect for him as a person and as an educator. I have been proud to say that we are related.

Very truly yours,

PACE H CHESIR

Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

United States Courthouse


To the Honorable Judge Laura Taylor Swain,

My name is Tzivy Roberts. I am Mr. (Rabbi) Samuel Waldman's younger sister, so I have known him all my life. I am a currently a stay at home mom with 6 children. We live quite near each other (about 7 minutes by car) and therefore we have numerous occasions for our families to get together. Knowing my brother as well as I do, I know him to be a very G-d fearing person, with very strong family values. With regards to his guilty plea, which was for conduct that is clearly 100% completely out of character for him, I would just say the following: Even G-d fearing people at times make mistakes. For anyone who knows my brother well, this is not the "real" Samuel Waldman. The many people who know my brother feel exactly the same way.

Mr. Waldman is a real family man. He is a beloved husband, father, father-in-law, and grandfather. He is very involved with all the aspects of his 13 children and 7 grandchildren, and over 50 nieces and nephews, G-d bless them all! Besides his working very hard to support his family (in his younger years he held 3 jobs at a time!) he is also involved in all other aspects of their development. He spends a lot of time with their religious studying and homework. Many of these studies are completely out of the realm of his wife's ability to teach. (Women usually do not study Talmud, which is the central study of the 7 oldest boys of the family.) Only my brother can take care of those studies, which takes a lot of time and effort with his children. He also has the patience to listen to their issues that they may have at school whether it be with a teacher or a classmate, and offers them sound advice how to deal with those issues. In the past, he always played basketball with his children during the summer months when they were at bungalow colonies up in the Catskill Mountains. He is quite handy and often helps them by fixing their bikes and other things that break. He has accumulated a lot of tools over the years and he always lends his tools to neighbors and friends. I have on many occasions taken advantage of my brothers' handiness. I have called him on numerous occasions to come and help fix things. Unfortunately, I have two "left hands". He always attends the children's school PTA meetings, and he is at the school to clap for his children when they reach various milestones. There are special learning programs in the neighborhood synagogue that he often attends with his children. He truly is a loving and caring father, always there for the children. Of course, he is still quite involved with the lives of his married children and of course with his 7 cute grandchildren's lives as well.)
He is always there for his wife as well. From taking out the garbage, to fixing the oven, to doing homework with the children and taking them to the doctor, etc. I know that they have a very loving relationship, even, and maybe especially, after his arrest.

His children are extremely well adjusted, so whenever I go away on vacation my younger children will stay at their house. It has always been a safe haven for my children and it continues to be so. I am

always confident that my children will have a good time there, and will be safe and well taken care of physically and spiritually.

His house is a great example of giving charity and helping other people. On many occasions charity collectors come to the door. My brother has told me that although he is very tight with money himself, nevertheless, he wants to show the children the importance of charity, so he never turns anyone away without sending a child to give the person collecting at least a small donation. At many Sabbath meals, various needy individuals, (some are mentally challenged, and others are older men or woman who are living all alone) are invited to join his family and enjoy the food and friendship my brother and his family have to offer. These people always become repeat "customers".

Mr. Waldman has always been an honorable, honest, sincere and lovable person. He has never had any run-ins with any of his family, neighbors, friends or business associates throughout his life, which is truly remarkable. He is soft spoken and very sensitive and careful in how he treats all people he interacts with. His smile radiates warmth and caring, and the way he speaks and deals with people makes everyone thinks he's their best friend.

It is well known in the community that Rabbi Waldman was a great and inspiring teacher, and his book *Beyond a Reasonable Doubt: Convincing Evidence to the Truths of Judaism*, by Feldheim Publishers, is considered by many in the community as a classic. I happen to know that my brother has given out over three thousand of his books for free! This is where his heart is, helping out in whatever way he can. He was and continues to be considered a valuable and upstanding citizen in our community.

My brother has already suffered so much embarrassment from his arrest, it is indescribable. Twice his case was front page in the newspaper. The first time was on the day of his arrest March 5, 2013, then a second time (May 21, 2013), when about 69 other individuals were arrested on similar charges. The way things were written in many newspapers was very misleading and insinuated that my brother was arrested a second time together with this big bust, which of course was not true. However, I would like to note, that although he and our entire family have been shamed because of the public coverage of his case, nevertheless, believe it or not, it's nothing compared to the pain and shame that he feels coming from within himself for his shameful and inexcusable behavior.

In conclusion, I would like to take this opportunity, (and it certainly is a valued and treasured opportunity available here in the USA) to appeal to Your Honor, to please take in to serious consideration how vital it is, in so many ways as enumerated above, for my brother to be available at all times for his whole family. I plead and beseech Your Honor, with every fiber of my being, to please be extremely lenient at his sentencing.

Sincerely,

Tzivy Roberts
Tzivy Roberts

Nov 17, 2015

To the Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

United States Courthouse

Dear Judge Swain,

My name is Elliott G. Waldman (44 years old). I'm Mr. Samuel Waldman's younger brother. I am married and I have 10 children. I'm a computer programmer with a Masters in IT Management from Trident University. In addition, I help run a father/child learning program held on winter Saturdays nights in my local synagogue in the Whispering Pines neighborhood, Lakewood NJ. The purpose of this program is to give fathers and children an opportunity to study / bond with each other in a warm environment.

I would appreciate if I could have the privilege to tell you a little about my brother. My brother Samuel, is an educated, responsible, caring person. He is a hard working family person. This is a person that has given his life for teaching and inspiring young adults, and he has always appreciated how lucky he has been to be able to teach them. He is a devoted father, husband, and community member. He was a devoted teacher in Camps for many summers. Everyone has only good things to say about him, then and even now.

I am aware that he has pleaded guilty to the child porn possession charges. I obviously do not know what happened exactly, however I can just tell you that we were extremely surprised since we know how such behavior is extremely uncharacteristic of him.

Growing up together, Mr. Samuel Waldman has always been a guiding light for me. Not only because he is my older brother, but because he has always been a leader and a guide — to everyone. Years ago when he himself was a teenager he was giving much needed encouragement to teenagers in his school and summer camp. He has donated of his time freely to an outreach organization called Oorah. He is an active participant in Partners in Torah (an organization where each person teaches someone else for free).

Mr. Samuel Waldman is a devoted father and family member. He is always helping with the children and with shopping. He is always helping with homework's, speeches, anything else school related that the kids need help with. For the summers up until the summer of his arrest, he always took on an extra job in the Catskill mountains so that his wife and children can have an enjoyable summer in a safe atmosphere. Although it involves much hardship dragging his entire office to the bungalow, nevertheless his commitment to his family causes him to seek out what's best for them.

Mr. Samuel Waldman is a hard worker, trying his best to provide for his family. He teaches. He gives speeches. He is a Real Estate broker. He is also involved with Real Estate Mortgages. He is very knowledgeable in all areas of Real estate investment and finance. He is a published author of a popular book, and of articles as well. Samuel has always been willing to share his knowledge with anyone who was looking for some advice in these areas. He actually taught his brother in law all about residential mortgages, when he himself was in the exact same business! He didn't charge him a dime, and he was always available to give him sound advice. He has spoken publically numerous times without asking for any monetary compensation. Often he would be on the phone for quite a while answering people who had questions on topics of his expertise.

Mr. Samuel Waldman is an honest businessman. Years ago when he sold phone service he never sold a plan to a client just so he could make a commission. In fact I had referred a friend of mine to him to consider switching

over to his telephone long distance service. My friend told me that after telling my brother what his calling patterns were, my brother didn't switch him over to his service. He reason was that he would only switch over clients if the plan really fit the client's calling needs and would really save them money; otherwise he wouldn't switch the client over to his service.

Mr. Samuel Waldman has always shown care for other people. This is especially so, when it comes to inviting over needy adults from the nearby area for a Sabbath meal. His children seeing their father's helpful ways also volunteer their time to help out in the local synagogue. They would help set up for its yearly fundraiser, and often help with putting away extra chairs after a lecture. Of course when our families get together for a Holiday meal, his children always help out with setting up and cleaning up afterwards.

He and his wife have raised, and continue to raise the 9 children that aren't married yet, in an exemplary responsible way. All the children always do well in school, each according to their abilities, since he and his wife take an extreme interest in their children's progress, whether it is with their Secular studies, of their Religious studies.

I hope that these details that I have provided you about my brother will help Your Honor in the sentencing decision.

Sincerely,

*Elliott G. Waldman*

Elliot G. Waldman