To Whom it May Concern:

My name is Shaevy Schachter (nee Waldman) and I know Mr. Samuel Waldman his whole life, as he is my younger brother. We both live in Brooklyn, New York and share a close relationship. I am a stay at home mom who worked very hard at raising my children to be responsible, trustworthy and upstanding citizens. I began to partake in helping with community activities as my children grew up. For example, cooking suppers for homebound elderly people and bringing homemade chicken soup to cheer up hospital patients at Coney Island Hospital.

My parents' home was one of high moral standards and strong principles. All my siblings - including Samuel Waldman - follow in their footsteps and would make them very proud.

My brother, Samuel Waldman, is one of the most upstanding, moral human beings you will ever encounter. Besides being a devoted husband and father, his whole purpose in life is to be a devoted servant to God, contemplating his every thought, word, and action to please his Creator. He dedicated many years of his life toward writing a book proving the existence of God to others, and how we must uphold God's values and morals. This book, named "Beyond a Reasonable Doubt," has been highly acclaimed and in demand by many communities and organizations. My whole family values his opinion, trusts his judgment, and we turn to him very often for advice and guidance.

Mr. Waldman's integrity has had a major impact on every member of my family. My husband is involved in a philanthropic project, traveling to many different communities, which assists men in their observance of certain laws relating to prayer. My husband feels indebted to my brother for giving up much of his free time - using his vast knowledge to help my husband educate the public.

My children, through many discussions and observations, spending time in Samuel Waldman's home, have gotten influenced by him in religious values and the importance of a positive outlook in life. They view him as a role model whom they want to emulate. When one of my son's embarked on a teaching career, he called his uncle, Samuel, for advice and guidance, since we know he is a teacher par excellence.

When my youngest son was going through a difficult period in his adolescence, the only place he would stay if we had to go away, was my brother's home. There he knew he would get the proper care both physically and emotionally. The warmth, love, and non-judgmental environment that is exuded in my brother's home, made him feel so comfortable and safe when he was having so many emotional issues. He was made to feel part of the family, and we will always feel forever grateful to them for their support during this trying time.

Mr. Waldman's home is one of constant philanthropy, doing countless acts of kindness, for relatives, friends and neighbors. I will never forget how they assisted a young ten year old child during a very difficult time in her life.

Mr. Waldman's daughter has a friend with two special needs siblings. At one point, one of the siblings needed surgery out of town, which required the parents to be away for a significant amount of time. During this anxious time, this ten year old little girl chose to stay by the Waldman's because of the comfortable and pleasant atmosphere that always permeated in their home.

To sum things up, Mr. Samuel Waldman is a dignified man with lofty morals, strong principles, and high standards. He is respected and loved by family, friends and the community, and all those who know him.

**Jacob Applegrad**
**Ann Applegrad**
**Brooklyn, NY 11204**

November 17, 2015

To whom it may concern:

Re: Samuel Waldman

We have been living in our home in Brooklyn since 1973. We are part of the local community, attend local synagogues and participate in community activities. Jacob is employed [since 2003] as a member of the Quality Assurance team at Women's League Community Residences in Brooklyn. Ann is a teacher [since 1988] at Bais Yaakov Academy in Brooklyn. We are the parents-in-law of Samuel Waldman. We have known him since he met and married our eldest daughter, Shayna Rochel, in 1985. We are a close family. We see and interact with Samuel quite often.

We are aware that a guilty plea has been entered. In fact we were present at the court proceedings on July 28, 2015.

Samuel is and always has been a very warm, caring, responsible husband and father. He is very much family oriented and family means everything to him. We live within a few blocks from them, and see them a few times a week. Our relationship with him as in-laws has been very warm, helpful and respectful. Samuel is always ready to help his immediate family and anybody else in a very cheerful way. He and his wife are always very grateful when we help them out. Our extended families are very close. Our other children and grandchildren enjoy a very close relationship with the Waldman's. Their house is always open to anyone who needs a listening ear. Many times they host guests who are widowed, divorced, or acquaintances who are alone. This is done naturally and with total family involvement.

Samuel is a responsible person and takes care of his family needs. He works very hard to support his family. He served successfully as a teacher, always admired by his students and others who came in contact with him. He is engaged in real estate brokerage and asset recovery. However, he is still involved in educational projects. He is often invited to lecture at community gatherings on subjects of religion.

Samuel Waldman authored a popular book. He undertook this project for the purpose of conveying important basics of our religion. The book was not written as a moneymaker, but rather to fill a large need in the Jewish community. He maintains a very close relationship with his rabbis and mentors, and is highly respected in the community.

Sincerely

Jacob Applegrad                                                Ann Applegrad

Page 1                                                                                  4/3/14

To whom it may concern,

As a way of introduction, my name is Chaim A. Applegrad and I am a brother-in-law of Mr. Samuel Waldman. Samuel is married to my older sister Mrs. Shayna R. Waldman. I reside in Lakewood, New Jersey and teach at Tashbar of Lakewood. I also manage a catering company - Cater To Go - a division of Simcha caterers. I know Samuel very well for close to 30 years and I keep up with him on a regular basis. The charges against Samuel seem out of character for the Samuel Waldman I know so well. Samuel is a well respected, well liked, soft spoken father, grandfather, husband, son, son-in-law, neighbor, teacher, mentor and author. The way Samuel educates and raises his children and his respect for his wife and people in general is the envy of many. He is loved by everyone. His children, the product of Samuel's sterling character is a testimony of the special upright person he is. He works honestly and hard to provide for his large family of 13 children in a respectable and honest fashion. Samuel is a well liked member of his synagogue where he is known to be a highly respected member. Many people consult with on business matters, child raising matters and on spiritual matters. He has authored a sell out book "Beyond A Reasonable Doubt" - a book proving the existence of God on this world. His book is used by many outreach programs and organizations as well as by many individuals. He is currently working on a second much anticipated [...]

Page 2

Several years ago, I worked for Metropolitan Mortgage Co. part time. At that time Samuel was working for a mortgage Co. in N.Y. It was Samuel who spent endless hours of his own time to explain and teach me everything I needed to know in order to succeed - free of charge. Most important he taught me how to deal kindly and honestly with clients. This defines the kind and honest person Samuel Waldman is. His students of all ages adore him. They all get the feeling he truly wants them to succeed. Many years ago a Jewish boys school in Queens N.Y. - Tiferes Moshe - was looking to hire a 7th grade teacher. I heard from the principal, Rabbi Yaakov Landesman that they had many applicants most of whom had many year experience teaching this difficult age class. Samuel applied without having much experience. When the principal met Samuel he was blown away by his sincerity and hired him on the spot. This was a decision the school did not regret. When Samuel was offered a more lucrative job a few years later, which he accepted, it was a big blow to both staff and students alike at the school as no one would be able to replace Samuel. I thank you for taking out the time to read my letter.

Sincerely,

Chaim A. Applegrad

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse

My name is Rabbi Yehuda Levin, I direct a Jewish outreach organization: Chabad of Ditmas Park. My family has been living on the first floor of Mr. Shmuel Waldman's 2nd floor residence, for the past 4 years, our families have become good friends, & our kids often play together. I'm aware of the federal charges against him, however, I must share my impression of him as a neighbor & friend.

I see him on a daily basis and have gotten to know him as a very religious man, for example: for the past 4 years whenever I prayed the morning prayers at the 8am service at our corner synagogue, I've never failed to see him there. Mr. Waldman has constantly come across as a soft-spoken man with a kind heart, very mentschlich, always helpful and looks to work things out peacefully. He has raised a large beautiful family & instilled strong family religious & ethical values.

He's a valued member of the community & respected by family & friends alike.

Respectfully,
Rabbi Yehuda Levin

(1)

My name is David Ungarischer and I've been living and teaching in this community for over 30 years. As a teacher and Rabbi I've consulted Samuel Waldman on different interesting topics to discuss with my class. He is a very sincere, honest person with good insights and always helpful.

Living next door for close to 15 years we enjoy a great relationship almost daily. My wife and I are very good friends of theirs and our children are good friends with their children. Their sons are friends of my sons and their daughter is a close friend of my daughters. I've encouraged the friendships and never had any misgivings to send my children next door. I still cherish the relationships.

The children are a reflection of their parents. They are well mannered, polite and always eager to help.

Continue Page 2

②

We share a driveway, meaning we block each other in and have to ask each other to move when we have to go out. We offered Samuel Waldman our key if he needs to move his car and our car is in the way. He refused saying "I would not want to be responsible if anything happened to your car while I was moving it." He always asked so nicely "Is it possible to move the car please?"

Samuel Waldman is a hard working person & very devoted to his family. When his younger children play outside they are always supervised. He is a caring and devoted husband and father.

He is known in the community as an honest and trustworthy person. A.T a community affair, recently he was chosen to represent the community because he is so well liked and respected.

We never had an argument or disagreement with him in the 15 years we've known him and sharing a driveway could have easily sparked a dispute.

David and Tziporah Ungarischer

FROM : UNGARISCHER   PHONE NO. : 1 718 854 6119   Mar. 09 2014 06:19PM P3

Yonatan Jacob
50-50 Broadway
Woodside, NY 11377
October 21, 2015

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse

Honorable Judge Swain,

I am writing on behalf of Samuel Waldman to share with you my experience with him so that you can know the kind of person that I know him to be. When I heard about the Federal charges against him I was very surprised since they do not reflect his character as I have seen.

I have been privileged know Samuel Waldman for over 5 years and have spent many Jewish Sabbaths and Holidays with him and his family. We have numerous friends in common and I also personally know many of the boys from the summer camp where he was nighttime counselor for several years since I taught Basic Computers part time for a year at a Yeshiva High School affiliated with the camp.

In more than thirty years in the workforce I have had a diverse career in sales and customer service, computers, the American Stock Exchange trading floor, and 12 years as a Supervisor in the US Postal Service. I currently work for a telecommunications and internet provider in Brooklyn. In addition to my full time positions I taught part time at both the high school and primary school levels, volunteered in leadership and management organizations, and volunteered for five years in the field of substance abuse.

In early 2005 I started keeping the Jewish Sabbath and holidays and learning how to follow Orthodox Judaism. When some middle managers where I worked started causing problems I looked for other options where I could make a living and keep the Sabbath. In December 2006 I moved to Israel and got a job with an American company. I lost my job in the recession and had to borrow money until things turned around. During this time my father suffered a heart attack and underwent quintuple bypass surgery. The combination of poor economic prospects and challenges my parents were going through led to returning and moving back with them.

I met Samuel Waldman through his neighbor when I was staying with them for the Sabbath. My parents do not observe the Sabbath so I stay with different families every Sabbath and holidays. Samuel Waldman told me to call him if I need a place to stay and I stayed there many times and have become close to the family. I see him with his children and with the families in the neighborhood on many occasions and have celebrated birthdays, Bar Mitzvahs, and weddings with him.

*Lakewood Cheder School*
*520 James Street*
*Lakewood, N.J. 08701*

*Rabbi Asher Rottenstreich, Principal*                                          November 20, 2015

To Whom It May Concern,

Let me introduce myself. My name is Asher Rottenstreich. I live in Lakewood, New Jersey and am a principal of the 5th and 6th grade (which amounts to a total of 16 classes) in a Jewish orthodox school, for the past 19 years. By virtue of having married sisters, Samuel Waldman and I are brother-in-laws.

I would like to express my appreciation to the United States government for its vigilance in protecting society from people whose irresponsible actions can bring harm to others. In a world where moral standards are constantly declining, it is encouraging to know that our country's law enforcement department, maintains an acceptable level of moral standards that it expects of it's citizens.

Although we do not have occasion to speak often, Samuel Waldman and I have always maintained a friendly, amicable, relationship. We have also had many discussions in Jewish philosophy topics, and our families have spent many weekends and holidays together.

One of his ongoing focuses in life has been, to teach his students about faith and fear of G-d. It is my understanding that he has had a tremendous impact on his students over the years in these areas as they pertain to the Jewish religion. This speaks of his deep conviction in these matters. Elementary school children and high school age students alike have benefitted greatly from his thoughts and insights. A book which he has written on these topics has become a standard in the curriculum of some schools to teach about Jewish faith to their students.

His family further reflects his true character. He is happily married with a large family of children and grandchildren. Throughout the years of educating and training his children, he displayed a true understanding of each child's particular needs and

successfully raised a well adjusted, healthy minded family. All his children are happy people with a close bond to their parents.

However, there is one fundamental point that I would like to express, and I feel this should greatly impact whatever leniencies can be extended to Samuel Waldman in this matter.

Over the last 28 years or so since he got married, Samuel Waldman has been a hard working, resourceful, husband and father. He has always had to work hard and hold down multiple jobs in order to support his family. In addition, he is always available to help his wife with errands or taking care of the children, without ever uttering a single word of complaint. He is not, and never has been, a self indulgent person who is ambitious to make a lot of money or live a luxurious lifestyle. He has been meticulously honest in all his dealings with people, usually to the point where he got the short end of the stick, and rightfully could have made a claim that he was shortchanged. He is a humble man in spite of his many accomplishments.

I am aware of his guilty plea. I am also aware of how disappointed and regretful he is for what he has done.

Thank you for the opportunity to communicate my feelings to Your Honor on this matter. Your Honor has my deepest respect for the awesome responsibility that you shoulder in dealing with such monumental issues, whose outcome touches so many lives. Please take into account all that I, and I am sure many other people as well, have written about Samuel Waldman upon issuing your sentence.

Respectfully Yours,

Asher Rottenstreich