04-07-'14 14:53 FROM- RTMA-JEC OFFICE        908-355-3140        T-066  P0002/0002  F-110

To Whom is May Concern,

My name is Rabbi Noach Sauber. I am an Assistant Principal at a High School in NJ during the school year. In the summertime, I am a learning director of Jewish Studies in Camp Dora Golding, located in East Stroudsburg, PA.

During the summertime I worked together with Rabbi Samuel Waldman at Dora Golding, where he was a teacher for 11 years starting from approximately the mid-90s. During that time he was a close colleague and our families got to know each other rather well.

In all the years that we were together in camp, Rabbi Waldman was dedicated to his job, his students and his family. When given the opportunity to lecture a large group of boys, his personality and knowledgeable sense of Judaism came forth. At no point during the 11 years were there ever incidents or concerns that I was aware of.

In conclusion, I have only the utmost respect and only positive recollections from my interactions with Rabbi Waldman.

Sincerely,

*Noach Sauber*

Rabbi Noach Sauber

# EXHIBIT C
# REDACTED



Waldman family photo. Samuel Waldman (Back row, fourth from left).