UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No. 15-CR-139-LTS

SAMUEL WALDMAN,                                               ORDER

        Defendant.

-------------------------------------------------------x

        The conference which was previously scheduled to occur in this matter on March 15, 2022, at 11:30 am is hereby cancelled, at the mutual request of the parties and the Probation Department.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
        March 8, 2022                            LAURA TAYLOR SWAIN
                                                    Chief United States District Judge