**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 7, 2022

By ECF

<u>**MEMO ENDORSED**</u>

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York

**Re: United States v. Samuel Waldman, 15 Cr. 139 (LTS)**

Dear Judge Swain:

I write on behalf of my client, Samuel Waldman, to respectfully request that the Court order Pretrial Services to return his passport to him. He had surrendered the passport as part of his original bail conditions, and his case has long since concluded. The Government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

<u>/s/ Jonathan Marvinny</u>
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The foregoing request is granted. DE 110 is resolved.
**SO ORDERED:**

<u> /s/ Laura Taylor Swain            </u>
**Hon. Laura Taylor Swain
U.S. District Judge**