UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                    No. 15 CR 139-LTS

SAMUEL WALDMAN,

       Defendant.

--------------------------------------------------------x

ORDER

The Court has received a motion for early termination of Defendant Samuel Waldman's term of supervised release, or, alternatively, a modification of his conditions of supervised release, pursuant to 18 U.S.C. section 3583(e) (the "Motion").

Mr. Waldman submitted the Motion directly to the Court in an apparent pro se capacity. The Court will temporarily file the Motion under seal. Counsel for Mr. Waldman is notified that, should Mr. Waldman seek to have the Motion sealed in its entirety, or portions thereof redacted, he must file an application consistent with Rule B.4 of the undersigned's Individual Practices. If no such application is filed by Mr. Waldman or his counsel by **June 27, 2024**, the Motion will be unsealed.

Counsel for Mr. Waldman is additionally granted until **June 27, 2024**, to supplement Mr. Waldman's filing, should counsel believe a supplement is necessary. The Government shall file a statement of its position on the Motion no later than **July 11, 2024**. Defendant's response, if any, shall be due by **July 18, 2024**.

SO ORDERED.

Dated: New York, New York
      June 13, 2024

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  United States District Judge