UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                        No. 15 CR 139-LTS

SAMUEL WALDMAN,

        Defendant.

-------------------------------------------------------x

## ORDER

On June 11, 2024, the Court received a motion for early termination of Defendant Samuel Waldman's term of supervised release, or, alternatively, a modification of his conditions of supervised release, pursuant to 18 U.S.C. section 3583(e) (the "Motion"). Mr. Waldman submitted the Motion directly to the Court in an apparent pro se capacity.

By order dated June 13, 2024, the Court temporarily filed the Motion under seal, and informed counsel for Mr. Waldman that the Motion would be unsealed if no application to seal or redact was filed by June 27, 2024. (Docket entry no. 113.) The Court also granted counsel until June 27, 2024 to supplement Mr. Waldman's filing. (Id.)

In the responsive supplemental letter filed by counsel for Mr. Waldman, counsel noted that there is no objection to the Motion being filed on the public docket. (Docket entry no. 115 at 1 n.1.) Accordingly, the Clerk of Court is respectfully directed to unseal the filing at docket entry no. 114.

SO ORDERED.

Dated: New York, New York
       June 28, 2024

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                             United States District Judge